UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              CASE NO. 2:21-CV-20019-001

OMAR PEREZ                                                                              DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 43) entered in this case and accepts Defendant's plea of guilty to Count 2 of the superseding indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this November 4, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE